[No. 33146-2-II.   Division Two.   June 27, 2006.]

MICHAEL BUESING, *Appellant,* v. THE CITY OF SUMNER ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-08358-9, Ronald E. Culpepper, J., entered April 15, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Hunt, JJ.

[No. 33222-1-II.   Division Two.   June 27, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. DONALD D. ERICKSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-1-00056-5, F. Mark McCauley, J., entered April 13, 2005. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 33422-4-II.   Division Two.   June 27, 2006.]

FRIENDS OF EAST FORK ET AL., *Appellants,* v. CLARK COUNTY ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 02-2-05115-8, Barbara D. Johnson, J., entered June 13, 2005. *Affirmed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong and Penoyar, JJ.

[No. 33568-9-II.   Division Two.   June 27, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY EUGENE MORGAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-05460-7, Bryan E. Chushcoff, J., entered July 20, 2005. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.